UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Julio Enrique Bayas Brito
    **Petitioner**


    **v.**

        **Civil Action No. 1:26-cv-13044-FDS**


Antone Moniz et al
    **Respondent(s)**

_____


**ORDER OF DISMISSAL**


**Saylor, D.J.**


In accordance with the Court's ORDER dated July 9, 2026, it is hereby
ORDERED that the above-entitled action be and hereby is DISMISSED.


        By the Court,


7/9/2026          /s/ Melonie Cooke
Date            Deputy Clerk